# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SHANE DEMUN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:17-cv-00635-JG |
| | ) |
| **NATIONAL ENTERPRISE SYSTEMS, INC.,** | ) Judge James Gwin |
| | ) Magistrate Jonathan Greenberg |
| **Defendant.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff Shane DeMun and Defendant National Enterprise Systems, Inc., and hereby stipulate to the dismissal of this matter, with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.


Respectfully submitted,

| | |
|---|---|
| W. Mark Jump (per written authority) | /s/John P. Langenderfer |
| W. Mark Jump | Jeffrey C. Turner (0063154) |
| Jump Legal Group | John P. Langenderfer (0079094) |
| 2130 Arlington Avenue | Surdyk, Dowd, & Turner, CO, L.P.A. |
| Columbus, OH 43221 | 8163 Old Yankee St., Suite C |
| 614-481-4480 | Dayton, Ohio 45458 |
| Fax: 866-334-2208 | Tel. (937) 222-2333 |
| Email: wmjump@jumplegal.com | Fax (937) 222-1970 |
| Attorneys for Plaintiff | jturner@sdtlawyers.com |
| | jlangenderfer@sdtlawyers.com |
| | *Trial Attorneys for Defendant* |

1

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was this September 28, 2017 served, by via the Court's ECF System upon all parties.

                                              /s/John P. Langenderfer
                                               Jeffrey C. Turner (0063154)
                                               John P. Langenderfer (0079094)
                                               Surdyk, Dowd & Turner Co., L.P.A.
                                               8163 Old Yankee Street, Suite C
                                               Dayton, Ohio 45458
                                               (937) 222-2333
                                               (937) 222-1970 (fax)
                                               jturner@sdtlawyers.com
                                               jlangenderfer@sdtlawyers.com
                                               *Attorneys for Defendant*